[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-10003

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 24, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00596-CV-ORL-31DAB

HOME DESIGN SERVICES, INC.,

Plaintiff-Appellant,

versus

SCHWAB DEVELOPMENT CORPORATION,
a Florida Corporation,
d.b.a. Schwab Custom Homes,
WILLIAM D. KLEIN,
MICHAEL P. SCHWAB,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(January 24, 2007)**

Before ANDERSON, MARCUS and HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, and for the reasons fully discussed at oral argument, we conclude that the district court's findings of fact are not clearly erroneous, and that the district court did not abuse its discretion in concluding that there were no satisfactory lesser sanctions. We conclude that there has been no abuse of discretion, and that the judgment of the district court dismissing this case with prejudice is due to be affirmed.

AFFIRMED